In the Matter of JASON BERMUDEZ, Petitioner, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, Respondent. [890 NYS2d 888]—

Present—Scudder, P.J., Fahey, Carni and Gorski, JJ.